**Electronically Filed
Supreme Court
SCWC-14-0000872
14-FEB-2018
01:48 PM**

SCWC-14-0000872

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ELLEN KOHATSU AND KELVIN KOHATSU,
Petitioners/Plaintiffs-Appellants,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
NELSON FUKUHARA,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000872; CIVIL NO. 11-1-0088)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Toʻotoʻo, in place of McKenna, J., recused)

Petitioners/Plaintiffs-Appellants Ellen Kohatsu and Kelvin Kohatsu's application for writ of certiorari filed on December 21, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 14, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Faʻauuga L. Toʻotoʻo

